LAW OFFICES OF
# FREDERICK K. BREWINGTON

*ATTORNEYS AND COUNSELORS AT LAW*

50 CLINTON STREET, SUITE 501

HEMPSTEAD, N.Y. 11550

TELEPHONE: (516) 489-6959

FACSIMILE: (516) 489-6958

FREDERICK K. BREWINGTON

IRA FOGELGAREN

WENDY PELLE-BEER
GREGORY CALLISTE

February 9, 2007

**VIA ELECTRONIC CASE FILING AND FACSIMILE**
Honorable Leonard D. Wexler
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: Gordon et. al. v. County of Suffolk, et. al.
Docket No.: CV-04-5637 (LDW)

Dear Judge Wexler:

As your records will reflect, we are the attorneys representing the Plaintiffs in the above referenced matter. This is to respectfully inform the Court that the parties have reached a settlement in this matter. Accordingly, jury selection now scheduled for Monday, February 12, 2007 before the Honorable William D. Wall, is no longer necessary.

We thank the Court for its consideration.

Respectfully,

FREDERICK K. BREWINGTON

cc: Honorable William D. Wall (via facsimile)
Brian Mitchell, Esq. (via facsimile)
Ms. Evadney Gordon

FKB:pl